■ PEOPLE v MICHAEL LAFFERTY, Defendant.—Motion to change venue from Chautauqua County denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Chautauqua County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. *(See, People v DiPiazza,* 24 NY2d 342; *People v Carlson,* 143 AD2d 542; *People v Simmons,* 132 AD2d 1009; *People v Oakes,* 130 AD2d 980; *People v Rivera,* 130 AD2d 980.)* Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.

■ PEOPLE, Respondent, v JAMES KING, Appellant.—Motion for summary reversal denied with leave to renew upon a showing that there are no alternative means to reconstruct part of the record for review upon appeal *(see, People v Glass,* 43 NY2d 283; *Matter of Christian [Carty],* 122 AD2d 622). Present—Callahan, J. P., Doerr, Boomer, Green and Lawton, JJ.